IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  v. ) CR. NO. 2:05cr42-F  )  CORRIE WOODS ) | |

**O R D E R**

This cause is before the Court on the Motion to Dismiss Indictment (Doc. # 106) filed on October 24, 2005. By this motion, the Government seeks to dismiss the March 16, 2005 Indictment against Corrie Woods because of the May 25, 2005 Superceding Indictment. The motion is GRANTED and the March 16, 2005 Indictment is DISMISSED.

DONE this 25th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE